**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENOBIO HUMBERTO HERRERA, SR., | ) NO. CV 11-6486-RSWL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LINDA SANDERS, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 10-1-12.

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE